IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RUNAWAY RECORDS PRODUCTIONS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> FRANCISCAN UNIVERSITY OF STEUBENVILLE, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO. 21-752 <br> ) <br> ) <br> ) <br> ) |

**ORDER**

**AND NOW**, this 23rd day of January 2025, for the reasons stated on the record at Oral Argument held this date,

**THE COURT HEREBY ORDERS** as follows: Plaintiff shall notify the Court no later than **January 31, 2025**, whether Plaintiff intends to abandon its conversion claim, and shall provide an appropriate instruction on conversion if its intent is to pursue a conversion claim at trial; if the parties wish to supplement or modify pre-trial statements, including witness and exhibit lists in light of decisions made on the record at Oral Argument, any such supplementation or modification shall be exchanged between parties and submitted to the Court no later than **February 7, 2025**; any modification of the parties' jointly proposed Verdict Form (Docket No. 104) shall be submitted to the Court no later than **February 7, 2025**.

*s/ W. Scott Hardy*
W. Scott Hardy
United States District Judge

cc/ecf:     All counsel of record